Signed and Filed: July 5, 2018



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 18-30492-DM |
| DEBORAH A. WALES, | ) |
| aka DEBI WALES, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
|_____| ) |

**ORDER DISAPPROVING REAFFIRMATION AGREEMENT**

This matter having been duly noticed was called for hearing on July 5, 2018. Debtor appeared. For the reasons stated orally on the record, the reaffirmation agreement between Debtor and Patelco Credit Union ("Creditor") with regard to a 2012 Honda Accord is DISAPPROVED.

Nevertheless, Debtor here indicated a willingness to enter into a reaffirmation agreement with Creditor, and this case is thus distinguishable from *In re Dumont*, 581 F.3d 1004 (9th Cir. 2009), where the debtor expressly elected not to reaffirm the debt and simply indicated an intent to retain the collateral while making monthly payments.[1] If the Creditor chooses to repossess

---

[1] In 2005, Congress amended 11 U.S.C. §§ 521(a)(2) and (6), as well as § 362(h), to provide that the automatic stay is lifted if an individual chapter 7 debtor does not indicate an intention to surrender or redeem collateral or reaffirm the debt. Chapter 7

ORDER DISAPPROVING REAFFIRMATION
AGREEMENT FOLLOWING HEARING        -1-

the collateral despite Debtor's willingness to enter the
reaffirmation agreement and Debtor's timely performance of the
payment obligations on the underlying debt, Debtor may ask the
court for injunctive or other relief.

**\*\* END OF ORDER \*\***

---

individual debtors cannot simply opt to "pay and drive."  *Dumont*, 581 F.3d at 1104.

ORDER DISAPPROVING REAFFIRMATION
AGREEMENT FOLLOWING HEARING            -2-

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Deborah A. Wales |
| | 2721 Clifford Ave |
| 4 | San Carlos, CA 94070 |
| 5 | Patelco Credit Union |
| | ATTN: Debra Jones |
| 6 | 5050 Hopyard Road |
| | Pleasanton, CA 94588 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER DISAPPROVING REAFFIRMATION
AGREEMENT FOLLOWING HEARING